# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00367-RFB-NJK |
| Plaintiff, | ORDER REGARDING ADDITIONAL CONDITIONS OF RELEASE |
| v. | |
| OMAR RODRIGUEZ, | |
| Defendant. | |

On August 24, 2017, this court held a hearing regarding the conditions of the defendant's supervision in the instant matter. Consistent with its Orders at this hearing, the Court **Ordered** and **now Orders** that Mr. Rodriguez be continued on supervised release with same conditions as previously imposed with the following additions and modifications:

1. <u>Reside at Re-entry Center</u> - You shall continue residing at and participating in the program of a residential re-entry center; subsistence payment to the center shall be waived to be reconsidered at a future date once defendant is established and has full-time employment.

2. <u>No Alcohol</u> - You must not use or possess alcohol.

DATED this <u>24th</u> day of August, 2017.

_____
RICHARD F. BOULWARE, II
United States District Judge